IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION & SIERRA CLUB,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY & STEPHEN L. JOHNSON, EPA Administrator,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 05-05184 WHA<br><br>**ORDER DENYING REQUESTS TO STAY ACTION AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

　　　　The Court is in receipt of the parties' statement that they are engaged in settlement discussions. The parties request that the action be stayed for forty-five days and that the case management conference be continued. The requests are **DENIED**.

　　　　**IT IS SO ORDERED.**

Dated: March 2, 2006

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE