IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN JOHNSON, in his official capacity as Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendants.<br>                                              / | No. C 05-05184 WHA<br><br>**ORDER GRANTING REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

For this one time only, the parties may appear by telephone at the case management conference on **MARCH 16, 2006, AT 3:00 P.M. (PACIFIC STANDARD TIME)**.

**IT IS SO ORDERED.**

Dated: March 9, 2006.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE